UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MARTIN,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. 5:18-cv-2334-VEB<br><br>ORDER AWARDINGATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412 (d) |

Before the Court is the Stipulation of Plaintiff, Sergio Martin, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that attorneys' fees and expenses in the amount of Seven Thousand Nine Hundred Dollars ($7,900.00) and costs in the amount of

Four Hundred Dollars ($400.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney's Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:

> **Olinsky Law Group**
> **250 S Clinton St Ste 210**
> **Syracuse, NY 13202**

So ordered.

DATED: July 2, 2020                /s/Victor E. Bianchini
                                   VICTOR E. BIANCHINI
                                   UNITED STATES MAGISTRATE JUDGE